# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                No. 1:25-cv-00130 GBW JFR

7112 AZTEC ROAD NE,
ALBUQUERQUE, NEW MEXICO

      Defendant-in-rem.

## WARRANT FOR ARREST *IN REM* OF PROPERTY

TO:    United States Marshals Service For the District of New Mexico

The captioned action was filed by plaintiff for arrest and forfeiture of Defendants. This Warrant for Arrest of Property is issued under Supplemental Rules For Certain Admiralty And Maritime Claims Rule G(3)(b)(i).

You are directed to arrest Defendants by taking it into your possession for safe custody and retain possession or control of them pending further order of the Court.

If Defendants have been seized, execute this process by serving copies of the Complaint for Forfeiture of Property upon the person or agency which made the seizure.

Dated:    **MAR 19 2025**

                                      Mitchell R. Elfers
                                      Clerk of Court

                                      By:
                                      Deputy Clerk