# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Civ. No.: 1:25-cv-00130 GBW JFR

7112 AZTEC ROAD NE,
ALBUQUERQUE, NEW MEXICO

    Defendant-*in-rem*.

## STIPULATED AGREEMENT TO FORFEIT PROPERTY

The United States and Thomas J. Clear III ("Claimant") stipulate as follows:

1.    Claimant Thomas J. Clear III hereby disclaims and agrees to forfeit any right, title, and interest in the real property at 7112 Aztec Road Ne, Albuquerque, NM, that is the defendant-*in-rem* in this action, (the "Defendant Property"). Claimant was notified of the forfeiture of the property in criminal case *1:25-CR-00258, United States of America v. Thomas J. Clear II.* The Defendant pled guilty to Counts 1-9 of an Information. Count 1 charged RICO Conspiracy in violation of 18 U.S.C. § 1962(d). Counts 2 through 6 charged Bribery of an Agent of an Organization Receiving Federal Funds. Count 7 charged Attempted Interference with Commerce by Extortion Under Color of Official Right in violation of 18 U.S.C. §§ 1951(a) and 2. Counts 8 and 9 charged Interference with Commerce by Extortion Under Color of Official Right in violation of 18 U.S.C. §§ 1951(a) and 2. (1:25-cr-00258, Doc. 4).

2.    In his plea agreement the Claimant agreed to forfeit all right, title and interest in the real property located at 7112 Aztec Rd. NE, Albuquerque, New Mexico 87110, more particularly described as:

Lot numbered Eight (8) in Block lettered "F" of La Jolla Park, an Addition to the City of Albuquerque, New Mexico, as the same is shown and designated on the Plat thereof, filed in the office of the County Clerk of Bernalillo County, New Mexico, on January 7, 1959, in Volume D2, folio 71.

3. On March 31, 2025, A Notice of Complaint for Forfeiture and the Verified Complaint for Forfeiture *in Rem* was affixed to the defendant real property. (1:25-cv-00130, Doc. 5).

4. All right, title, and interest of Claimant Thomas J. Clear III in the Defendant Property shall be forfeited to the United States and title thereto shall be vested in the United States.

5. The parties will bear their own costs and attorney's fees in this case.

6. The terms of this Stipulated Agreement constitute full settlement and satisfaction of any and all claims by Claimant Thomas J. Clear III resulting from the incidents or circumstances giving rise to this forfeiture action.

7. Claimant Thomas J. Clear III releases and forever discharges the United States, including but not limited to the United States Department of Justice, the U.S. Marshals Service (USMS), the Federal Bureau of Investigation (FBI), and any state or local law enforcement agency, and their agents and employees, acting in their individual or official capacities, from any and all claims, rights or causes of action, damages, expenses and costs, known or unknown, which Claimant Thomas J. Clear III have or may have against these government agencies and their employees and agents arising from, related to, or as a result of, any actions with respect to the Defendant Property.

8. Claimant Thomas J. Clear III shall hold harmless the United States, including but not limited to the United States Department of Justice, the USMS, the FBI, and any state or local

law enforcement agency, and their agents and employees, acting in their individual or official capacities, from any and all claims, rights or causes of action, damages, expenses and costs, known or unknown, which he or any third parties, heirs, successors, agents, subrogees, or assigns, have or may have against these government agencies and their employees and agents arising from, related to, or as a result of, any actions with respect to the Defendant Property.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/ R. Kotz*

STEPHEN R. KOTZ
Assistant U.S. Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

FOR CLAIMANT:

*Thomas J Clear*

THOMAS J CLEAR III
Claimant

APPROVED BY:

*/s/*

THOMAS M. CLARK, Esq.
Attorney for Claimant
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825