## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                                    Civ. No.: 1:25-cv-00130 GBW JFR

7112 AZTEC ROAD NE,
ALBUQUERQUE, NEW MEXICO

      Defendant-*in-rem*,

and

THOMAS J. CLEAR, III

      Claimant.

## MOTION FOR ENTRY OF FINAL JUDGMENT AND ORDER OF FORFEITURE

Plaintiff moves this Court for entry of a final judgment and order of forfeiture, which forfeits to Plaintiff United States all rights, title and interest in the Defendant 7112 Aztec Road NE, Albuquerque, NM, for the following reasons:

1.      On February 7, 2025, the United States filed a Complaint for Forfeiture *In Rem* seeking forfeiture of the Defendant 7112 Aztec Road NE, Albuquerque, NM (Doc. 1).

2.      A Notice of Civil Forfeiture was posted on www.forfeiture.gov from April 30, 2025, through May 29, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 8).

3.      The United States and Claimant Thomas J. Clear, III filed a stipulated agreement to forfeit property in which Claimant agreed to forfeit all rights, tile, and interest in the Defendant Property. (Doc. 9).

4.      No further claims or parties remain for adjudication.

5.      There are no parties with standing to object to this motion.

WHEREFORE, the United States requests that the Court enter a Final Judgment and Order of Forfeiture forfeiting all rights, title and interest in the Defendant 7112 Aztec Road Ne, Albuquerque, NM to the United States and vesting title thereto in the United States.

Respectfully submitted,

RYAN ELLISON
United States Attorney

***Electronically filed July 8, 2025***
STEPHEN R. KOTZ
Assistant U.S. Attorney
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that I electronically. filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to counsel of record on this date.

***/s/ Electronically filed July 8, 2025***
STEPHEN R. KOTZ
Assistant United States Attorney