IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 1:25-cv-00130-KG-JFR

7112 AZTEC ROAD NE,
ALBUQUERQUE, NEW MEXICO,

    Defendant-*in-rem*,

*and*

THOMAS J. CLEAR,

    Claimant.

## **ORDER**

    Before the Court is the United States' motion for forfeiture *in rem* under 18 U.S.C. § 981, filed against property located at 7112 Aztec Road NE, Albuquerque, New Mexico. Doc. 10. The Court has reviewed claimant Thomas J. Clear's stipulated agreement to forfeit the defendant as part of his guilty plea in *United States v. Thomas J. Clear III*, Case No. 1:25-cr-0025. Doc. 9.

    The Court finds as follows:

    1.    All known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    2.    Claimant Thomas J. Clear has agreed to forfeit defendant property located at 7112 Aztec Road NE, Albuquerque, New Mexico;

    3.    There are no outstanding claims asserting an interest in property; and

    4.    There is cause to issue a forfeiture order as to defendant property to the United States under 18 U.S.C. § 981 in favor of the United States.

Therefore, it is ordered and adjudged that:

1. The United States' motion for forfeiture *in rem,* Doc. 10, is granted;

2. The United States shall have full and legal title to the property located at 7112 Aztec Road NE, Albuquerque, New Mexico, and may dispose of it in accordance with the law;

3. The Clerk of Court is directed to enter Judgment; and

4. This order of forfeiture shall serve as a Certificate of Reasonable Cause for Seizure within the meaning of 28 U.S.C. § 2465.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.