**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

   v.                                                 Civ. No.: 1:25-cv-00130 KG/JFR

7112 AZTEC ROAD NE,
ALBUQUERQUE, NEW MEXICO

    Defendant-*in-rem*,

and

THOMAS J. CLEAR, III

    Claimant.

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the Court on the motion of the United States for entry of final judgment and order of forfeiture. (Doc. 10). The Court, having reviewed the record and being fully advised in the premises, finds that the motion should be granted.

WHEREAS, on February 7, 2025, the United States filed a Complaint for Forfeiture *In Rem* seeking forfeiture of the Defendant Property at 7112 Aztec Road Ne, Albuquerque, NM, (Doc. 1).

WHEREAS, a Notice of Civil Forfeiture was posted on www.forfeiture.gov from April 30, 2025, through May 29, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 8).

WHEREAS, the United States and Claimant Thomas J. Clear, IIII filed a stipulated agreement to forfeit property in which Claimant agreed to forfeit all rights, tile, and interest in the Defendant Property. (Doc. 9).

WHEREAS, no further claims or parties remain for adjudication, and there are no parties with standing to object to plaintiff's motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Final Judgment is entered in favor of Plaintiff United States.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all rights, title, and interest in the Defendant property at 7112 Aztec Road Ne, Albuquerque, NM are forfeited to the United States and title thereto is vested in the United States. The legal description of the property forfeited by this Order is as follows:

Lot numbered Eight (8) in Block lettered "F" of La Jolla Park, an Addition to the City of Albuquerque, New Mexico, as the same is shown and designated on the Plat thereof, filed in the office of the County Clerk of Bernalillo County, New Mexico, on January 7, 1959, in Volume D2, folio 71.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

*Electronically Submitted*
STEPHEN R. KOTZ
Assistant U.S. Attorney

Approved As To Form:

*Approved Via Email July 22,2025*
THOMAS M. CLARK
Attorney for Claimant Thomas J. Clear, III

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.